# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

DAISY ZAMONA-HURTADO

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CITATION NUMBER: 3/H5146428

PRO SE

**THE DEFENDANT:** Pleaded guilty to count one of the Citation.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 661 | THEFT OF PERSONAL PROPERTY | 8/13/2015 | 1 |

Defendant sentenced to: must pay restitution to victim in the amount of $610 due by 11/12/2016 to be paid as follows-$50 per month beginning on 12/12/2015, the last payment installment will be $60 and must provide proof of restitution payment to the government; must pay fees of $25/25 by 11/27/2015.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $25.00 | $0.00 | $25.00 |

11/12/2015
Date of Imposition of Judgment

Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

November 16, 2015
Date